CHARLES A. HOAG, Respondent, *v.* ERASTUS FOSTER et al., Appellants.

*A. Anthony* for the respondent.

Judgment affirmed by default, with costs.